No. 472.—CANCELA, PETICIONARIO, v. CORTE DE DISTRITO DE AGUADILLA, HON. T. BRYAN, JUEZ, DEMANDADO. — *Certiorari.*

Enero 20, 1925. No estando convencida la corte de que bajo los hechos expuestos el recurso de apelación no es adecuado y rápido, *se declaró no haber lugar al auto.*